**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2023
MARCH 26, 2024 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:24-cr-50
     21 U.S.C. § 841(a)(1)
     18 U.S.C. § 924(c)(1)(A)

CURON CAMERON CORDON

### I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about May 3, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CURON CAMERON CORDON knowingly and intentionally distributed quantities of protonitazene and isotonitazene, both Schedule I controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about May 3, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CURON CAMERON CORDON did knowingly use and carry a firearm, that is, a Taurus, model Spectrum, .380-caliber pistol, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, distribution of quantities of protonitazene and isotonitazene, both Schedule I controlled substances.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

On or about May 31, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CURON CAMERON CORDON knowingly and intentionally distributed quantities of protonitazene and isotonitazene, both Schedule I controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging a forfeiture pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon conviction of defendant CURON CAMERON CORDON of an offense in violation of 18 U.S.C. § 924(c), as charged in Count Two of the Indictment, or 21 U.S.C. § 841(a)(1), as charged in Counts One and Three of the Indictment, defendant CURON CAMERON CORDON shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses and any property, including any firearms or ammunition, used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

WILLIAM S. THOMPSON
United States Attorney

By: _____
LESLEY SHAMBLIN
Assistant United States Attorney