
**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:24-cr-00050 |
| CURON CAMERON CORDON | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CURON CAMERON CORDON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 924(c)(1)(A); 21 U.S.C. Section 841(a)(1)

Date: 03/26/2024

*Issuing officer's signature*

City and state: Huntington, WV

Rory L. Perry II, Clerk of Court
*Printed name and title*

FILED APR 25 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

---

**Return**

This warrant was received on *(date)* 03-26-24, and the person was arrested on *(date)* 4/23/24
at *(city and state)* Charleston, WV.

Date: 04-24-24

*Arresting officer's signature*

Nyatt L. McCabe / ATF JFO
*Printed name and title*