# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 8/1/2024 | Case Number: | 2:24-cr-00050 |
| Case Style: | USA vs. Curon Cameron Cordon | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Robin Clark |

Attorney(s) for the Plaintiff or Government:
Lesley Shamblin

Attorney(s) for the Defendant(s):
Gordon Mowen

| | |
|---|---|
| Law Clerk: | Hallie Arena |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:00 AM | 10:28 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 28 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:00 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Court finds Deft competent to go forward.
Ms. Shamblin summarizes plea agreement.
Court defers acceptance of plea agreement, but orders original filed.
The deft waives the reading of the Indictment
Deft pleads guilty.
Court reads statute with which Deft is charged.
Deft advised of elements of offense which gov't would have to prove at trial.
Deft gives account of the offense.
Ms. Shamblin summarizes gov't evidence against deft.
Court finds sufficient factual basis for deft's plea.
Deft advised of the penalties which may apply based upon plea
Deft advised of right to plead not guilty, to remain silent, and to stand trial.
Court finds deft's plea to be voluntary.
Deft executes guilty plea form; same witnessed by counsel and ordered filed.
Court accepts plea and adjudges Deft guilty as to Count Three
Sentence set for October 31, 2024, at 10:00 a.m.
Deft remanded pending sentencing.
Court recessed at 10:28 a.m.