# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                      CRIMINAL ACTION NO. 2:24-cr-00050

CURON CAMERON CORDON

### WRITTEN PLEA OF GUILTY

In the presence of Gordon Mowen, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count Three of the Indictment.

DATE: 08/01/24

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT