# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 10/31/2024 | Case Number: | 2:24-cr-00050 |
| Case Style: | USA vs. Curon Cameron Cordon | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Robin Clark |

Attorney(s) for the Plaintiff or Government:

Lesley Shamblin

Attorney(s) for the Defendant(s):

Gordon Mowen

| | |
|---|---|
| Law Clerk: | Kendrick Peterson |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:05 AM | 10:21 AM | Non-Trial Time/Uncontested Time |
| 10:38 AM | 10:52 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 30 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:05 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Discussion of the plea agreement
End time 10:21 a.m.

Start time 10:38 a.m.
Court rejects the plea agreement.
Additional argument concerning the acceptance of the plea agreement.
The matter is CONTINUED to Wednesday, November 13, 2024, at 1:30 p.m.
End time 10:52 a.m.