# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 11/13/2024 | Case Number: | 2:24-cr-00050 |
| Case Style: | USA vs. Curon Cameron Cordon | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Robin Clark |

Attorney(s) for the Plaintiff or Government:

Lesley Shamblin

Attorney(s) for the Defendant(s):

Gordon Mowen

| | |
|---|---|
| Law Clerk: | Kendrick Peterson |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 11:31 AM | 11:51 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 20 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 11:30 a.m.
Actual Start 11:31 a.m.

CONTINUED from 10-31-24
Deft present in person and by counsel.
Deft placed under oath.
Objections to the PSR are withdrawn
The court accepts the plea agreement
Court addresses PSR
Court adopts findings in PSR.
Court makes findings re: applicable U.S.S.G ranges
Court addresses Sec. 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, the court imposes sentence as follows:
Custody: 27 months
Supervised Release: 3 years
Fine: none imposed
Assessment: $100
Sentence imposed as stated.
Deft advised of right to appeal.
Counts One and Two dismissed upon motion of Gov't.
Deft remanded.
Court recessed at 11:51 a.m.